UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-21750-CIV-UNGARO

SAMUEL WASHINGTON MASON

       Plaintiff,

          v.

JARIUS GREEN, et. al.

       Defendants.
_____/

## REPORT OF MEDIATION

      This case was Mediated on Monday, April 28, 2014 and the Mediation ended with an **amicable settlement** of all claims with all parties.

      Respectfully submitted,

      H.T. Smith, Esq.-*(Mediator)*
      1017 N.W. 9th Court
      Miami, FL 33136
      (305) 324-1845
      ht@htsmithpa.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 5th day of May 2014 to**:** *Alexander T. Rundlet, Esq*.,Barzee Flores,**alexanderrundlet@barzeeflores.com;** *Patricia I. Murray, Esq*. Restani, Dittmar & Hauser, P..A.,**pmurray@rdhlegal.com;** *Oscar E. Marrero, Esq*., Marrero & Wydler,**oem@marrerolegal.com**; David L. Losey, *Esq*., Kelley, Kronenberg, **dlosey@kelleykronenberg.com.**

            _____/s/_____
            H. T. Smith