UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21750-CIV-UNGARO

TRACY MASON, Individually and as
Personal Representative of
SAMUEL WASHINGTON MASON, Deceased,

  Plaintiff,

v.

JARIUS GREEN, ET AL.

  Defendants.
_____/

## ORDER OF DISMISSAL

  THIS CAUSE is before the Court upon notification by the parties that the present case has settled in full.  (D.E. 148.)

  THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised of the premises.

  On May 6, 2014, the Court ordered the parties to file all papers related to the settlement reached between the parties, including an order of dismissal stating specific terms and conditions, by May 16, 2014.  As of May 20, 2014, no documents relating to the settlement have been filed.  Accordingly, it is hereby

  ORDERED AND ADJUDGED that the claims between the parties are DISMISSED.  It is further

  ORDERED AND ADJUDGED that within sixty days of this Order of Dismissal, either party may petition the Court to have the case reinstated upon showing good cause as to why

settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th_ day of May, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record